DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SARAH BORUNDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00395 OWW |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| v. | |
| SARAH BORUNDA, | Judge: Hon. Gary S. Austin |
| Defendant. | |

Whereas Pretrial Services recommends that the conditions of release made and entered July 6, 2009, in the above-referenced matter be modified,

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney David L. Gappa, counsel for Plaintiff, and Assistant Federal Defender Marc Days, counsel for Defendant, with the agreement of the Pretrial Services Officer, that the conditions of pretrial release for defendant Sarah Borunda made and entered July 6, 2009, may be modified as follows:

1. Defendant's sister-in-law, Maria Enriqueta Borunda, shall be named as Third Party Custodian for Defendant Sarah Borunda in the place and stead of William C. Borunda.

2. Defendant shall be ordered to reside at a residence approved by Pretrial Services and shall not move or absent herself from the residence without being in the company of the third party custodian, unless otherwise approved in advance by Pretrial Services.

All other prior terms and conditions of release, not in conflict, shall remain in full force and effect pending further order of the court.

```
                                            LAWRENCE G. BROWN
                                            United States Attorney

DATED:  September 2, 2009              By:   /s/ David L. Gappa
                                            DAVID L. GAPPA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Public Defender


DATED:  September 2, 2009              By:   /s/ Marc Days
                                            MARC DAYS
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            SARAH BORUNDA
```

**O R D E R**

**IT IS SO ORDERED**. The Order Setting Conditions of Release signed and entered July 6, 2009, are hereby modified to include the provisions hereinabove set forth. All other prior terms and conditions of release, not in conflict, shall remain in full force and effect pending further order of the court.

DATED:  September 4, 2009

                                             /s/ Gary S. Austin
                                            GARY S. AUSTIN, Magistrate Judge
                                            Eastern District of California