1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SARAH BORUNDA

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO.  1:08-cr-00395 OWW
                                      )
12                  Plaintiff,        )   AMENDED STIPULATION TO MODIFY
                                      )   CONDITIONS OF PRETRIAL RELEASE;
13          v.                        )   [PROPOSED] ORDER
                                      )
14 SARAH BORUNDA,                     )
                                      )
15                  Defendant.        )   Judge: Hon. Gary S. Austin
                                      )
16 _____  )

17         Whereas Pretrial Services recommends that the conditions of release made and entered July 6,

18 2009, in the above-referenced matter be modified,

19         **IT IS HEREBY STIPULATED** by and between the parties to this action through their respective

20 counsel of record herein, Assistant United States Attorney David L. Gappa, counsel for Plaintiff, and

21 Assistant Federal Defender Marc Days, counsel for Defendant, with the agreement of the Pretrial Services

22 Officer, that the conditions of pretrial release for defendant Sarah Borunda made and entered July 6, 2009,

23 may be modified  as follows:

24         1.   Defendant's sister-in-law, Maria Enriqueta Borunda, shall be named as Third Party Custodian

25 for Defendant Sarah Borunda in the place and stead of William C. Borunda.

26         2.   Defendant shall reside at a residence approved by Pretrial services and not move or absent

27 herself from this residence for more than 24 hours without the prior approval of the Pretrial Services

28 Officer.  All other previously-ordered conditions of release, not in conflict, remain in full force and effect.

1    All other prior terms and conditions of release, not in conflict, shall remain in full force and effect

2    pending further order of the court.

3                                                          LAWRENCE G. BROWN
                                                           United States Attorney
4

5    DATED: October 19, 2009            By:   /s/  David L. Gappa
                                               DAVID L. GAPPA
6                                              Assistant United States Attorney
                                               Attorney for Plaintiff
7

8                                              DANIEL J. BRODERICK
                                               Federal Public Defender
9

10   DATED: October 19, 2009            By:    /s/  Marc Days
                                               MARC DAYS
11                                             Assistant Federal Defender
                                               Attorneys for Defendant
12                                             SARAH BORUNDA

13

14                                    **O R D E R**

15        **IT IS SO ORDERED**.  The Order Setting Conditions of Release signed and entered July 6, 2009,

16   are hereby modified to include the provisions hereinabove set forth.  All other prior terms and conditions

17   of release, not in conflict, shall remain in full force and effect pending further order of the court.

18

19

20        IT IS SO ORDERED.

21
     **Dated:    October 21, 2009**            **/s/ Gary S. Austin**
22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Stipulation to Modify Conditions of
Pretrial Release; [PROPOSED] ORDER          -2-