DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SARAH BORUNDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00395 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | *AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER THEREON |
| SARAH BORUNDA, | ) ) | Date : January 4, 2010 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 30, 2009, **may be continued to January 4, 2010, at 9:00 a.m.**

   The requested continuance should provide the parties the necessary time to complete plea negotiation prior to the hearing and will conserve time and resources for all parties and the court. AUSA, David Gappa, is agreeable to this continuance**.**

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

BENJAMIN WAGNER
United States Attorney

DATED:  November 20, 2009          /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  November 20, 2009          /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
SARAH BORUNDA

# O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    November 20, 2009**                /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order Thereon                         2