```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Suite 4401
 4  Fresno, California 93721
    Telephone:(559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:08-CR-00395 OWW
                                 )
12           Plaintiff,          )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  SARAH BORUNDA,               )
                                 )
15                               )
             Defendant.          )
16  _____)
```

17      Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Sarah Borunda, it is hereby
19  ORDERED, ADJUDGED, AND DECREED as follows:
20      1.  Pursuant to 18 U.S.C. § 2323(b)[1], defendant Sarah Borunda's
21  interest in the following property shall be condemned and forfeited
22  to the United States of America, to be disposed of according to law:
23          1.  Approximately 1 pair of Armani sunglasses,
24          2.  Approximately 4 pair of Baby Phat sunglasses,
25          3.  Approximately 4 Baby Phat hats,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

4. Approximately 2 pair of Bebe sunglasses,
5. Approximately 27 Bebe hats,
6. Approximately 7 Bebe scarves,
7. Approximately 8 Bebe headbands,
8. Approximately 9 Bebe T-shirts,
9. Approximately 1 Burberry purse,
10. Approximately 2 Burberry wallets,
11. Approximately 1 Fendi wallet,
12. Approximately 66 Chanel purses,
13. Approximately 40 Chanel wallets,
14. Approximately 14 Chanel necklaces,
15. Approximately 6 Chanel hats,
16. Approximately 4 Chanel rings,
17. Approximately 5 pair Chanel earrings,
18. Approximately 13 Chanel bracelets,
19. Approximately 5 pair Chanel sunglasses,
20. Approximately 5 pair Christian Dior sunglasses,
21. Approximately 168 Coach purses,
22. Approximately 106 Coach wallets,
23. Approximately 35 Coach cosmetic bags,
24. Approximately 1 Coach scarf,
25. Approximately 10 Coach umbrellas,
26. Approximately 6 Coach key chains,
27. Approximately 14 pair Coach sunglasses,
28. Approximately 13 Dolce & Gabbana purses,
29. Approximately 15 Dolce & Gabbana wallets,
30. Approximately 6 pair Dolce & Gabbana sunglasses,
31. Approximately 3 Dolce & Gabbana hats,

32. Approximately 1 Dolce & Gabbana shirt,
33. Approximately 19 Dooney & Bourke purses,
34. Approximately 18 Dooney & Bourke wallets,
35. Approximately 16 Fendi purses,
36. Approximately 11 Fendi wallets,
37. Approximately 2 pair Fendi sunglasses,
38. Approximately 28 Gucci purses,
39. Approximately 36 Gucci wallets,
40. Approximately 9 pair Gucci sunglasses,
41. Approximately 3 Gucci hats,
42. Approximately 19 Juicy Couture purses,
43. Approximately 1 Juicy Couture necklace,
44. Approximately 3 Juicy Couture Bracelets,
45. Approximately 2 pair Lacoste sunglasses,
46. Approximately 41 Louis Vuitton purses,
47. Approximately 18 Louis Vuitton wallets,
48. Approximately 2 Louis Vuitton belts,
49. Approximately 4 pair Louis Vuitton sunglasses,
50. Approximately 2 pair Oakley sunglasses,
51. Approximately 18 Prada purses,
52. Approximately 5 Prada wallets,
53. Approximately 14 Prada sunglasses,
54. Approximately 3 Prada hats,
55. Approximately 8 pair Ray Ban sunglasses,
56. Approximately 2 Tiffany & Co. bracelets,
57. Approximately 5 Tiffany & Co. necklaces,
58. Approximately 2 pair Versace sunglasses,
59. Approximately 5 Chanel purses,

|     |     |                                                            |
| --- | --- | ---------------------------------------------------------- |
| 1   | 60. | Approximately 3 Chanel necklaces,                          |
| 2   | 61. | Approximately 3 Christian Dior purses,                     |
| 3   | 62. | Approximately 6 Coach purses                               |
| 4   | 63. | Approximately 2 Coach wallets                              |
| 5   | 64. | Approximately 1 Dolce & Gabbana purse,                     |
| 6   | 65. | Approximately 2 pair Dolce & Gabbana sunglasses,           |
| 7   | 66. | Approximately 1 Dooney & Bourke wallet,                    |
| 8   | 67. | Approximately 1 Fendi purse,                               |
| 9   | 68. | Approximately 2 Louis Vuitton purses,                      |
| 10  | 69. | Approximately 1 Louis Vuitton necklace,                    |
| 11  | 70. | Approximately 1 pair Nike sunglasses,                      |
| 12  | 71. | Approximately 1 pair Prada sunglasses,                     |
| 13  | 72. | Approximately 1 pair Tiffany & Co. earrings,               |
| 14  | 73. | Approximately 1 Tiffany & Co. ring,                        |
| 15  | 74. | Approximately 3 pair Tiffany & Co. necklaces,              |
| 16  | 75. | Approximately 1 pair Versace sunglasses, and               |
| 17  | 76. | Compaq Presario Computer Tower, Serial No. MXF70900WP, and |
| 18-19 | 77. | HP Computer Monitor, Model: W1907, Serial No: CNN7051RGJ. |

2. The above-listed property constitutes property bearing or consisting of a counterfeit mark, as well as any property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a).  Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.

The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement, in its secure custody and control.

    4.   a.   Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Department of Homeland Security, Immigration and Customs Enforcement's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

       b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///
///
///
///
///

Preliminary Order of Forfeiture

Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:    February 12, 2010**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE