BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00395-OWW |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SARAH BORUNDA, | |
| Defendant. | |

WHEREAS, on or about February 16, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)[1], based upon the plea agreement entered into between plaintiff and defendant Sarah Borunda forfeiting to the United States the following property:

      1.    Approximately 1 pair of Armani sunglasses,

      2.    Approximately 4 pair of Baby Phat sunglasses,

      3.    Approximately 4 Baby Phat hats,

      4.    Approximately 2 pair of Bebe sunglasses,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment and Plea Agreement contain reference to forfeiture under 18 U.S.C. § 2320(b)(1)(B), which has been amended.

5. Approximately 27 Bebe hats,
6. Approximately 7 Bebe scarves,
7. Approximately 8 Bebe headbands,
8. Approximately 9 Bebe T-shirts,
9. Approximately 1 Burberry purse,
10. Approximately 2 Burberry wallets,
11. Approximately 1 Fendi wallet,
12. Approximately 66 Chanel purses,
13. Approximately 40 Chanel wallets,
14. Approximately 14 Chanel necklaces,
15. Approximately 6 Chanel hats,
16. Approximately 4 Chanel rings,
17. Approximately 5 pair Chanel earrings,
18. Approximately 13 Chanel bracelets,
19. Approximately 5 pair Chanel sunglasses,
20. Approximately 5 pair Christian Dior sunglasses,
21. Approximately 168 Coach purses,
22. Approximately 106 Coach wallets,
23. Approximately 35 Coach cosmetic bags,
24. Approximately 1 Coach scarf,
25. Approximately 10 Coach umbrellas,
26. Approximately 6 Coach key chains,
27. Approximately 14 pair Coach sunglasses,
28. Approximately 13 Dolce & Gabbana purses,
29. Approximately 15 Dolce & Gabbana wallets,
30. Approximately 6 pair Dolce & Gabbana sunglasses,
31. Approximately 3 Dolce & Gabbana hats,

32. Approximately 1 Dolce & Gabbana shirt,
33. Approximately 19 Dooney & Bourke purses,
34. Approximately 18 Dooney & Bourke wallets,
35. Approximately 16 Fendi purses,
36. Approximately 11 Fendi wallets,
37. Approximately 2 pair Fendi sunglasses,
38. Approximately 28 Gucci purses,
39. Approximately 36 Gucci wallets,
40. Approximately 9 pair Gucci sunglasses,
41. Approximately 3 Gucci hats,
42. Approximately 19 Juicy Couture purses,
43. Approximately 1 Juicy Couture necklace,
44. Approximately 3 Juicy Couture Bracelets,
45. Approximately 2 pair Lacoste sunglasses,
46. Approximately 41 Louis Vuitton purses,
47. Approximately 18 Louis Vuitton wallets,
48. Approximately 2 Louis Vuitton belts,
49. Approximately 4 pair Louis Vuitton sunglasses,
50. Approximately 2 pair Oakley sunglasses,
51. Approximately 18 Prada purses,
52. Approximately 5 Prada wallets,
53. Approximately 14 Prada sunglasses,
54. Approximately 3 Prada hats,
55. Approximately 8 pair Ray Ban sunglasses,
56. Approximately 2 Tiffany & Co. bracelets,
57. Approximately 5 Tiffany & Co. necklaces,
58. Approximately 2 pair Versace sunglasses,

|   |     |                                                          |
|---|-----|----------------------------------------------------------|
| 1 | 59. | Approximately 5 Chanel purses,                           |
| 2 | 60. | Approximately 3 Chanel necklaces,                        |
| 3 | 61. | Approximately 3 Christian Dior purses,                   |
| 4 | 62. | Approximately 6 Coach purses                             |
| 5 | 63. | Approximately 2 Coach wallets                            |
| 6 | 64. | Approximately 1 Dolce & Gabbana purse,                   |
| 7 | 65. | Approximately 2 pair Dolce & Gabbana sunglasses,         |
| 8 | 66. | Approximately 1 Dooney & Bourke wallet,                  |
| 9 | 67. | Approximately 1 Fendi purse,                             |
| 10| 68. | Approximately 2 Louis Vuitton purses,                    |
| 11| 69. | Approximately 1 Louis Vuitton necklace,                  |
| 12| 70. | Approximately 1 pair Nike sunglasses,                    |
| 13| 71. | Approximately 1 pair Prada sunglasses,                   |
| 14| 72. | Approximately 1 pair Tiffany & Co. earrings,             |
| 15| 73. | Approximately 1 Tiffany & Co. ring,                      |
| 16| 74. | Approximately 3 pair Tiffany & Co. necklaces,            |
| 17| 75. | Approximately 1 pair Versace sunglasses,                 |
| 18| 76. | Compaq Presario Computer Tower, Serial No. MXF70900WP, and |
| 19| 77. | HP Computer Monitor, Model: W1907, Serial No: CNN7051RGJ. |

AND WHEREAS, beginning on March 12, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. This published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the

1  forfeited property;

2  AND WHEREAS, the Court has been advised that no third party has
3  filed a claim to the subject property, and the time for any person or
4  entity to file a claim has expired.

5  Accordingly, it is hereby ORDERED and ADJUDGED:

6  1.  A Final Order of Forfeiture shall be entered forfeiting to
7  the United States of America all right, title, and interest in the
8  above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed
9  of according to law, including all right, title, and interest of
10 Sarah Borunda.

11 2.  Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall
12 order that any forfeited article or component of an article bearing
13 or consisting of a counterfeit mark be destroyed or otherwise
14 disposed of according to law.

15 3.  All right, title, and interest in the above-listed property
16 shall vest solely in the name of the United States of America.

17 4.  The Department of Homeland Security, Immigration and
18 Customs Enforcement or Customs and Border Protection shall maintain
19 custody of and control over the subject property until it is disposed
20 of according to law.

22 **IT IS SO ORDERED.**

23 **Dated:   May 19, 2010**              _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE